No. 83–5002. DILLON v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 83–5003. THOMPKINS v. MARSHALL. C. A. 6th Cir. Certiorari denied.

No. 83–5004. NEWMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–5006. LAING v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–5007. TAYLOR v. QUICK. C. A. 2d Cir. Certiorari denied.

No. 83–5008. ROBERTS v. MOORE ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–5009. RONDON-LIMONTA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–5010. GELB v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–5011. FOBES v. SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 83–5012. FRANEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–5013. CHILDRESS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 83–5015. WATERHOUSE v. OREGON. Ct. App. Ore. Certiorari denied.

No. 83–5018. ARAMBULA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–5020. CAVANAUGH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–5024. TRUSSELL v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 83–5031. LIPSCOMB v. UNITED STATES. C. A. 6th Cir. Certiorari denied.